UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BENTON T. JORDAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO.  3:04-CV-647 RM |
| v. ) | |
| ) | |
| BRIAN VAN WINKLE, *et al.*, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

Based on the court filings over the past week, there is good cause to GRANT the plaintiff's request for a status conference [Doc. No. 95], but the court declines to hold one via teleconference. The court shall hold an in-court status conference on March 27, 2006 at 1:30 p.m. [South Bend Time] to resolve the procedural issues that have arisen in this case.

SO ORDERED.

ENTERED: March 20, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   Counsel of record